AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

ARMANDO HERNANDEZ



SUMMONS IN A CIVIL CASE

V.    CASE NUMBER:

VILLAGE OF PLEASANTVILLE

08 CIV. 4525

BRIEANT

TO: (Name and address of defendant)

VILLAGE OF PLEASANTVILLE
80 Wheeler Avenue
Pleasantville, New York 10570

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert David Goodstein, Esq.
56 Harrison Street, Suite 401
New Rochelle, New York

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive on the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this court within a reasonable period of time after service.

J. MICHAEL McMAHON    MAY 1 5 2008

CLERK    DATE

(BY) DEPUTY CLERK



) (Rev. 11/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 5/20/08 |

☑ Served personally upon the defendant. Place where served: Judy Weintraub  
80 Wheeler Ave Pleasantville NY. 10570

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.  
Name of the person with whom summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify:) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 60.00 | 60.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/20/08  
Date    Signature of Server

P.O. Box 342 Yonkers NY 10741  
Address of Server

J. MICHAEL McMAHON