UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
ARMANDO HERNANDEZ,

                Plaintiff,           **STIPULATION**

   -against-                         Index No. 08-4525 (CLB)

VILLAGE OF PLEASANTVILLE,

                Defendant.
---------------------------------------x

    It is hereby stipulated between the attorneys for the parties in the above-captioned matter, that the time by which Defendant Village of Pleasantville shall serve its Answer or otherwise respond to the Complaint is extended to July 24, 2008.

Dated: Garden City, New York
       May 29, 2008

_____      _____
Robert David Goodstein (RDG5443)    Jessica C. Satriano (JS0981)
*Attorneys for Plaintiff*            BOND, SCHOENECK & KING, PLLC
56 Harrison Street, Suite 401       *Attorneys for District Defendant*
New Rochelle, New York 10801       1399 Franklin Avenue, Suite 200
(914) 632-8382                      Garden City, New York 11530
                                    (516) 267-6332

*Application Granted*
*& Ordered*
*Charles L. Briant*
6/2/08     USDJ

60400.1 5/29/2008



# BOND, SCHOENECK & KING, PLLC
ATTORNEYS AT LAW ▪ NEW YORK  FLORIDA  KANSAS

JESSICA C. SATRIANO
Direct: 516-267-6332
jsatriano@bsk.com

May 29, 2008

**VIA FAX: (914) 390-4085**

Hon. Charles L. Brieant
United States District Court, S.D.N.Y.
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

Re: *Armando Hernandez v. Village of Pleasantville*, 08-CV-4525 (CLB)

Dear Judge Brieant:

We represent Defendant Village of Pleasantville in this matter, and write to respectfully request an extension of time by which the Village must serve an answer or otherwise respond to the Complaint. So that the Village may fully assess the merits of the complaint and claims made therein, we respectfully request that the Village be granted until July 24, 2008 to serve its answer or otherwise respond to the complaint. Please be advised that Plaintiff's counsel has consented to this extension of time, as indicated by the enclosed stipulation.

Thank you for your attention to this matter.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*Jessica C. Satriano*

Jessica C. Satriano

Enclosure

cc: Robert David Goodstein, Esq. (w/ encl; via fax)