TO BE ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
ARMANDO HERNANDEZ

                Plaintiff,

– against –

VILLAGE OF PLEASANTVILLE.,

                Defendant.

08-CV-4525 (CLB) (GAY)
ECF Case

**NOTICE OF APPEARANCE**

------------------------------------------------ x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel of record in this case for defendant, the Village of Pleasantville.

    I certify that I am admitted to practice in this court.

Dated: June 5, 2008

BOND, SCHOENECK & KING, PLLC

By:___s/_____
    Howard M. Miller (HM-4538)
Attorneys for Defendant
Village of Pleasantville
1399 Franklin Avenue, Suite 200
Garden City, NY 11530-1679
Telephone: (516) 267-6300
E-mail: millerh@bsk.com

TO:    LAW OFFICES OF ROBERT DAVID GOODSTEIN, ESQ.
        Attorney for Plaintiff
        56 Harrison Street
        Suite 401
        New Rochelle, NY 10801
        Telephone: (914) 632-8382