UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ARMANDO HERNANDEZ,

                Plaintiff,

   -against-

VILLAGE OF PLEASANTVILLE

                Defendant.
_____

Civil Action No. 08-4525 (CS)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the Appearance of Jessica C. Satriano, an associate of BOND, SCHOENECK & KING, PLLC, as additional counsel for Defendant, Village of Pleasantville.

I certify that the undersigned, Jessica C. Satriano, is admitted to practice in this Court.

Dated: August 15, 2008

                            BOND, SCHOENECK & KING, PLLC

                            By:_____s/_____
                            Jessica C. Satriano (JS-0981)
                            *Attorneys for the Defendant*
                            *Village of Pleasantville*
                            1399 Franklin Avenue, Suite 200
                            Garden City, New York 11590
                            jsatriano@bsk.com
                            (516) 267-6332

To:	Law Offices of Goodstein & West
	*Attorneys for Plaintiff Armando Hernandez*
	Robert David Goodstein
	56 Harrison Street, Suite 401
	New Rochelle, NY 10801
	(914) 632-8382