# ROBERT DAVID GOODSTEIN

ATTORNEY AT LAW
56 HARRISON STREET
SUITE 401
NEW ROCHELLE, NEW YORK 10801
PHONE: (914) 632-8382
FAX: (914) 632-1833



PAULA JOHNSON KELLY

EILEEN WEST
OF COUNSEL

August 25, 2008

**Via Regular Mail and**
**Via Facsimile (516-267-6301)**

Jessica C. Satriano, Esq.
Bond, Schoeneck & King PLLC
1399 Franklin Avenue, Suite 200
Garden City, New York 11530

    Re: Hernandez v.
       <u>Village of Pleasantville 08-CU-4525 (CS)</u>

Dear Ms. Satriano:

  This is to inform you that a Pre-Trial Conference in the above referenced matter is scheduled for September 5, 2008, at 11:00 a.m., at the Federal Courthouse, 300 Quarropas Avenue, White Plains, New York 10601, before the Hon Cathy Seibel, Judge, United States District Court, Southern District of New York.

               Very truly yours,

               Robert David Goodstein

RDG/rs
cc: Hon. Cathy Seibel
   **(Via Facsimile (914) 390-4085)**